170 A.3d 290

**BLACKSTONE**

**v.**

**SHARMA;**

**Shanahan**

**v.**

**Marvastian**

**Pet. Docket No. 193, Sept. Term, 2017**

Court of Appeals of Maryland.

September 12, 2017

Reported below: 233 Md.App. 58, 161 A.3d 718. Transferred to the regular docket as No. 40, Sept.Term, 2017.

Petition for writ of certiorari granted

170 A.3d 290

**DUFFY**

**v.**

**CBS CORPORATION**

**Pet. Docket No. 202, Sept. Term, 2017**

Court of Appeals of Maryland.

September 12, 2017

Reported below: 232 Md.App. 603, 161 A.3d 1. Transferred to the regular docket as No. 41, Sept.Term, 2017.

Petition for writ of certiorari granted